UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

# UNITED STATES v. Arthur Forman DOB 9/26/82 SBI# 327333C

PETITION FOR
WRIT OF HABEAS CORPUS

( **X** ) Ad Prosequendum ( ) Ad Testificandum

1. **Arthur Forman SBI# 327333C,** (hereinafter the "Detainee") is now confined at Southern State Correctional Facility, 4295 N. Delsea Drive, Delmont, New Jersey 08314.

2. The Detainee is charged in this District by: ( **X** ) Indictment ( ) Information ( ) Complaint with a violation of 21 U.S.C § 846.

3. The Detainee will be required to appear at the Martin Luther King Jr. Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, on **April 4, 2018 at 11:00 a.m.** for an arraignment. A Writ of Habeas Corpus should be issued for that purpose.

4. The Detainee will be returned to the custody of the detaining facility upon termination of that day's proceedings.

DATED: March 27, 2018

*s/Joshua L. Haber*
JOSHUA L. HABER
Assistant U.S. Attorney
Petitioner

# ORDER

Let the Writ Issue.

DATED: March 28th, 2018

*(signature)*
Honorable Jose L. Linares
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of **Southern State Correctional Facility**

WE COMMAND YOU that you have the body of

## Arthur Forman DOB 9/26/82 SBI# 327333C

The Detainee will be required to appear at the Martin Luther King Jr. Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, on **April 4, 2018 at 11:00 a.m.** for an arraignment. A Writ of Habeas Corpus should be issued for that purpose.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Jose L. Linares
United States District Judge
Newark, New Jersey.

DATED: March 28th, 2018

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: *Lissette Rodriguez*
Deputy Clerk